United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY E. WALKER, | No. C 11-05797 EJD (PR) |
| Petitioner, | ORDER ADMINISTRATIVELY CLOSING CASE |
| vs. | |
| B. M. CASH, | |
| Respondent. | |

On December 1, 2011, Petitioner, a state prisoner proceeding pro se, filed a copy of a petition for a writ of habeas corpus with the Supreme Court of California, which the Clerk of the Court construed as an attempt to file a federal habeas action. On the same day, the Clerk sent a notice to Petitioner that a filing fee of $5.00 was now due or in the alternative, that Petitioner must file an In Forma Pauperis ("IFP") Application. (Docket No. 3.)

Petitioner currently has a habeas action pending in this Court, challenging his state conviction, which was opened as Case No. 11-03177 EJD (PR) on June 27, 2011. It appears that the state petition referred to above was intended to be filed in the pending federal habeas action. Accordingly, the Clerk of the Court shall file Docket Nos. 1 and 2 from the instant action into Case No. 11-03177 EJD (PR), and

Order Administratively Closing Case
05797Walker_adm.close.wpd

administratively close this file.

Petitioner is advised that all future documents pertinent to his federal habeas petition must include the caption and civil case number for Case No. 11-03177 EJD (PR).

The Clerk shall administratively close the file.

DATED: 3/16/2012 
EDWARD J. DAVILA
United States District Judge

Order Administratively Closing Case
05797Walker_adm.close.wpd                    2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JEFFREY E WALKER,

        Petitioner,

  v.

B. M. Cash,

        Respondent.

Case Number: CV11-05797 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 3/19/2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeffrey E. Walker F-11343
CSP Los Angeles County
Inmate Mail/Parcels
P.O. BOX 4670
LOS ANGELES, CA 93539

Dated: 3/19/20122

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk